IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:08cr00068-01 JMM

SHAWN RANDALL

<u>ORDER</u>

Pending is Defendant's motion to amend the judgment entered October 30, 2008 (DE #14). Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the motion is granted.

The Judgment (DE #12) is amended to reflect that the Defendant's sentence shall run concurrently to the undischarged term of imprisonment imposed in Pulaski County Circuit Court Nos. CR 08-1451 and 08-2678.  It is also recommended that the Defendant's place of imprisonment be at the Arkansas Department of Correction.

The remaining portions of the judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Marshals Service, United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 2nd day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE